NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS PAULTON and
MELISSA STOWERS,

      Appellants,

v.

      Case No.  2D19-4024

H & H FERGUSONS' CONTRACTING,
INC., and THOMAS BARBOUR,

      Appellees.

_____

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Pinellas
County; Thane Covert, Judge.

Theodore "Ted" E. Karatinos of Holliday
Karatinos Law Firm, Lutz, for Appellant
Thomas Paulton.

Christopher L. Hamblen of Puzzanghera
Law Office, Clearwater, for Appellant
Melissa Stowers.

Sarah Lahlou-Amine, DeeAnn J.
McLemore and Charles W. Hall of Banker
Lopez Gassler, P.A., Tampa, for Appellee
H & H Fergusons' Contracting, Inc..

No appearance for remaining Appellee.


PER CURIAM.

Affirmed.  See Clooney v. Geeting, 352 So. 2d 1216 (Fla. 2d DCA 1977).


SILBERMAN, SLEET, and LUCAS, JJ., Concur.